

20220303142154

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, EXHIBIT A,** |
| EFFECTED (1) BY ME: | **PETER CERRUTO** |
| TITLE: | **PROCESS SERVER** |
| | DATE: **3/7/2022 11:41:13 AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

SUBARU CORPORATION C/O SUBARU OF AMERICA, INC.

Place where served:

1 SUBARU DR  CAMDEN   NJ  08103

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

BETH BENNETT

Relationship to defendant   **MANAGING AGENT**

Description of Person Accepting Service:

SEX: F    AGE: 36-50   HEIGHT: 5'4"-5'8"    WEIGHT: 131-160 LBS.    SKIN: WHITE    HAIR: BROWN   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

*PETER CERRUTO*

DATE: 03/07/2022                    2DDA468D5E314D3...                L.S.

SIGNATURE OF PETER CERRUTO
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | GARY S. GRAIFMAN, ESQ. |
| PLAINTIFF: | RICARDO AQUINO, ET AL |
| DEFENDANT: | SUBARU OF AMERICA, INC., ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 1 22 CV 00990 JHR AMD |
| COMMENT: | THEY MOVED |